STATE OF NEW JERSEY v. JOEL MAYES.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO FUCCI.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BERNADETTE WALTON.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK J. WINTERS.

February 13, 1986.

Petition for certification denied.